*State, Respondent, v. Roggenkamp, Petitioner. State, Respondent, v. Clark, Petitioner,* Nos. 73839-4; 74231-6. Petition for review of a decision of the Court of Appeals, Nos. 48718-3-I; 29244-1-II, March 3 and June 17, 2003, 115 Wn. App. 927 and 117 Wn. App. 281. Cases *consolidated* and petition for review *granted* November 4, 2003.

*Weber Constr., Inc., Respondent, v. Spokane County, Petitioner,* No. 73843-2. Petition for review of a decision of the Court of Appeals, No. 21628-4-III, March 6, 2003, 116 Wn. App. 1007. *Remanded* to the Court of Appeals November 4, 2003.

*Suggs, Petitioner, v. Hamilton, Respondent,* No. 73892-1. Petition for review of a decision of the Court of Appeals, No. 27141-9-II, March 18, 2003, 116 Wn. App. 1016. *Granted* November 4, 2003.

*Saddle Mountain Minerals, L.L.C., et al., Respondents, v. Joshi, et al., Petitioners,* No. 73899-8. Petition for review of a decision of the Court of Appeals, No. 20714-5-III, March 20, 2003, 116 Wn. App. 198. *Granted on limited issues* November 4, 2003.

*Grundy, Petitioner, v. The Brack Family Trust, et al., Respondents,* No. 73906-4. Petition for review of a decision of the Court of Appeals, No. 26437-5-II, March 18, 2003, 116 Wn. App. 625. *Granted* November 4, 2003.

*State, Respondent, v. Tvedt, Petitioner,* No. 73944-7. Petition for review of a decision of the Court of Appeals, No. 27120-6-II, April 1, 2003, 116 Wn. App. 316. *Granted* November 4, 2003.